UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CIVIL ACTION NO. 10-728-C**

**BEN ARMSTRONG and**
**LIRA ARMSTRONG,** **PLAINTIFFS,**

**V.** **MEMORANDUM OPINION AND ORDER**

**NATIONWIDE INSURANCE**
**COMPANIES,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on plaintiffs Ben and Lira Armstrong's motion to remand this action to state court (R. 8). The court will deny the motion because the amount in controversy exceeds $75,000.

In response to this court's order directing them to stipulate to an amount in controversy, the Armstrongs equivocated. They stipulated that they would not accept an award greater than $75,000. R. 7 at 1. But they also contended that they are entitled to more than $75,000 under their claims for bad faith and violations of the Unfair Claims Settlement Practices Act. *Id.* The Armstrongs explained that they preferred to prosecute this action in state court despite their desire to recover more than $75,000. *Id.*

The Armstrongs cannot stipulate to an amount in controversy of $75,000 or less to avoid federal subject-matter jurisdiction when the amount in controversy is, in fact, greater than $75,000. The amount in controversy is determined at the time of removal. *Rogers v. Wal-Mart Stores, Inc.*, 230 F.3d 868, 872 (6th Cir. 2000).

At the time the defendant removed the action to this court, the Armstrongs had asserted claims for bad faith and violations of the Unfair Claims Settlement Practices Act. The Armstrongs stated that they claimed more than $75,000 with respect to those claims. R. 7 at 1. Consequently, the Armstrongs conceded that the amount in controversy is greater than $75,000. Their attempted post-removal stipulation did not oust jurisdiction. *Rogers*, 230 F.3d at 872. Accordingly,

    **IT IS ORDERED** that the Armstrongs' motion to remand (R. 8) is **DENIED**.

    An order for a Rule 26(f) meeting and report will issue separately.

Signed on February 28, 2011

**Jennifer B. Coffman, Judge**
**United States District Court**